# EXHIBIT A

**STATE OF MICHIGAN**
**14-B<sup>th</sup> JUDICIAL DISTRICT COURT**

Spencer Frye,                                    Case No.:    14-12089
                                                 State Court Case No.:  14C-1840
      Plaintiff,

v.

General Revenue Corporation,

      Defendant.

---

**NOTICE OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that Defendant General Revenue Corporation

("Defendant") has on this day filed a Notice for Removal of the above-entitled

matter with the United States District Court for the Eastern District of Michigan (a

copy of which is attached hereto).

Pursuant to 28 U.S.C. § 1446 (b), all future proceedings in the 14-B Judicial

District Court are hereby stayed unless or until this action is remanded.

                              Respectfully Submitted,

                              /s/ Charity A. Olson
                              Charity A. Olson (P68295)
                              Olson Law Group
                              Attorneys for Defendant
                              2723 S. State St., Suite 150
                              Ann Arbor, MI  48104
                              (734) 222-5179
Dated: May 24, 2014               colson@olsonlawpc.com

## CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby certify that on May 24, 2014, a copy of the

foregoing Notice of Removal was served via postage pre-paid, first class mail

upon the following:

State of Michigan
14-B Judicial District Court - Civil
7200 S. Huron Drive
Ypsilanti, MI 48197

Spencer Frye
6241 Aspen Way
Ypsilanti, MI 48197

/s/ Charity A. Olson
Charity A. Olson